UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 4:25-CV-63 |
| ) | |
| 97,417.246135 Tether USDT Seized ) | |
| From TRON Address ) | |
| TXb8SULXwZK2LqQZE6ugsLe78pN ) | |
| JnBkun2 ) | |

## ORDER

Presently before the Court is the Government's Motion for Default Judgment and Final Order of Forfeiture. Doc. 8. For the following reasons, this motion is **GRANTED**.

## BACKGROUND

On March 19, 2025, the Government filed a Verified Complaint for forfeiture *In Rem* against certain property, defined as 97,417.246135 Tether USDT Seized from TRON Address TXb8SULXwZK2LqQZE6ugsLe78pNJnBkun2 ("Defendant Property"). Doc. 1. The Verified Complaint alleges that the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C). Doc. 1 at 1-2. The Verified Complaint, and the instant motion, provided the factual basis showing the Defendant Property is forfeitable to the United States. Docs. 1 at 8-13, 8 at 2-7.

On March 28, 2025, the Government provided reasonable notice of the Verified Complaint for Forfeiture *In Rem* to all known potential claimants. Docs. 3, 4. Additionally, the Government published the notice of forfeiture on its official website (www.forfeiture.gov) for thirty consecutive days beginning on March 21, 2025, through

April 19, 2025. Docs. 5, 5-1 at 2. To date, no person or entity has filed an answer to the Verified Complaint or a claim to the Defendant Property in this action.

On June 4, 2025, the Government moved the Clerk of Court to enter default and supported its motion with an affidavit. Docs. 6, 6-1. On the same day, the Clerk entered default. Doc. 7. The Government now moves the Court to enter a default judgment and final order of forfeiture against the Defendant Property and any potential claimants.

## DISCUSSION

Federal Rule of Civil Procedure 55 provides for default judgment "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend." FED. R. CIV. P.55(a). As this Court has explained, "[o]btaining a default judgment is a two-step process." United States v. Eleven Firearms, No. CV 614-100, 2015 U.S. Dist. LEXIS 93375, at *2-3 (S.D. Ga. July 17, 2015) (unpublished) (citation and internal quotation marks omitted). First, "the plaintiff must seek an entry of default from the clerk of court; and second, after the clerk has made an entry of default, the plaintiff can seek a default judgment." Id.

Upon a showing by the United States that an entry of default was permissible, the Clerk of Court entered default on June 4, 2025, thereby completing step one as required by FED. R. CIV. P. 55(a). Doc. 7. Through this motion the United States seeks a default judgment and final order of forfeiture, in accordance with Rule 55(b)(2).

The United States has fully complied with Supplemental Rule G of the Supplemental Rules for Admiralty and Maritime Claims, as required. See Eleven Firearms, 2015 U.S. Dist. LEXIS 93375, at *3-6. The Complaint was verified,

2

established the grounds for subject-matter and *in rem* jurisdiction as well as venue, described the property with reasonable particularity, stated the location of the property, described the statutory authority for forfeiture, and established the factual basis for forfeiture. Id. (citing Supplemental Rule G(2)); See Doc. 1 at 1-3, 8-15, 17. Further, the United States has met its notice requirements, through both reasonable notice via email and publication. Id. (citing Supplemental Rule G(4)); See Docs. 3, 4, 5.

Neither a claim nor an answer has been filed within the time period for filing, warranting the entry of a default judgment in this case.

## CONCLUSION

For the reasons stated above, the Government's Motion for Default Judgment and Final Order of Forfeiture (Doc. 8) is hereby **GRANTED**.

All rights, title, and interest in the Defendant Property are hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff, **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Brunswick, Georgia, this __6__ day of __July__, 2025.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA