AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

JUDGMENT OF FORFEITURE

v.

CASE NUMBER: 4:25-cv-63

97,417.246135 Tether USDT Seized from TRON Address TXb8SULXwZK2LqQZE6ugsLe78pNJnBkun2,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 8, 2025, the Government's Motion for Default Judgment and Final Order of Forfeiture is granted regarding "Defendant Property," defined as 97,417.246135 Tether USDT Seized from TRON Address TXb8SULXwZK2LqQZE6ugsLe78pNJnBkun2. All rights, title, and interest in the Defendant Property are hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law. Accordingly, judgment is entered in favor of Plaintiff. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: July 9, 2025

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020